APPLICATION FOR WRIT OF HABEAS CORPUS

UNITED STATES DISTRICT COURT

---

UNITED STATES OF AMERICA

- against -

Raphael Rodriguez

*Defendant.*

---

☒ 12   CR-359 (ERK)
☐ Criminal Miscellaneous

*[FILED stamp: U.S. DISTRICT COURT EASTERN DISTRICT OF NEW YORK, 2012 JUN -6 PM 2:38, FILED CLERK]*

The undersigned ☒ Assistant U.S. Attorney ☐ Special Attorney hereby applies to the captioned Court for the issuance of a writ of habeas corpus ☐ ad prosequendum ☐ ad testificandum ☐ in re a motion pursuant to 28 U.S.C. § 2255 and avers:

1. Name of detainee (and detainee number, if known): RAPHAEL ABRAHAM RODRIGUEZ (male) USMS# 60225-054

2. Detained by ☐ Warden, New York Metropolitan Correctional Center, New York, New York
☐ Warden,
☒ Other: USP Florence ADMAX, U.S. Penitentiary, 5880 HWY 67 South, Florence, CO 81226
*[Specify title of custodian and name and location of detention facility]*

3. Detainee is ☐ charged in this district by ☒ Indictment ☐ Information ☐ complaint with, OR ☐ was convicted in this district of, violating Title 18, U.S.C. § 113 (a)(6) & 3551, OR ☐ is a witness not otherwise available by the ordinary process of the Court.

4. Appearance is necessary on Wednesday June 13, 2012, at 10 o'clock a M ☐ in Courtroom Number 2A, OR ☐ before the Federal Grand Jury sitting in Room Number ____, of the United States Courthouse for this district, for ☒ arraignment ☐ plea ☐ trial ☐ sentencing ☐ in re a motion pursuant to 28 U.S.C. § 2255 ☐ the purpose of giving necessary testimony in the captioned proceeding ☐ other purpose(s), specifically ____

GRACE MOODY
Notary Public, State of New York
No. 01MO5069092
Qualified in Kings County
Commission Expires November 12, 2014

Sworn to before me this
06 day of June, 2012

*[signature: Grace Moody]*

*[signature]*
for Darren LaVerne
☒ Assistant United States Attorney Eastern District of New York
☐ Special Assistant United States Attorney

---

WRIT OF HABEAS CORPUS

☐ Ad Prosequendum   ☒ Ad Testificandum   ☐ In Re Motion to Vacate

The instant application is granted and the above-named custodian, as well as the United States Marshal for this district, his deputies, and all other United States Marshals and their deputies, is and are each directed to produce the named detainee, in civilian clothes, on the date, at the time, and in the place recited above, and thereafter to maintain the said detainee within the jurisdiction of this Court pending the satisfaction of this writ or the further orders of the Court.

Dated: 6/6/12, New York

*[signature: DOUGLAS C. PALMER]* 20__   U.S.M.J.

CLERK, E.D.N.Y.

*[signature]*
Deputy Clerk

*[Stamp: A TRUE COPY ATTEST  DATE 6/6/12  DOUGLAS C. PALMER  BY C. Riquitino  CLERK / DEPUTY CLERK]*